IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Eiser Infrastructure Limited and Energia Solar Luxembourg S.A.R.L.,<br><br>     *Petitioners*,<br><br> v.<br><br>Kingdom of Spain,<br><br>     *Respondent*. | Civil Action No. 1:18-cv-01686-CKK |

**Joint Status Report**

Pursuant to the Court's order, dated February 13, 2020 (ECF No. 51) (the "Order"), Petitioners Eiser Infrastructure Limited and Energia Solar Luxembourg S.A.R.L. ("Eiser") and Respondent the Kingdom of Spain ("Spain") (collectively, "the Parties") notify the Court that the *ad hoc* committee constituted by the International Center for the Settlement of Investment Disputes ("ICSID") issued a decision on June 11, 2020 granting Spain's application for annulment of the award at issue in this enforcement proceeding. The *ad hoc* committee's decision annulled the award in its entirety because one of the arbitrators failed to disclose a conflict. The decision did not address any of Spain's arguments that the dispute was not susceptible to arbitration. As stated in the Court's Order, pursuant to the ICSID Convention, the *ad hoc* committee's decision is "final and non-appealable" and moots this case. Order (ECF No. 51) (citing ICSID Convention, art. 53(1)).

The parties agree that this case should be dismissed. Eiser's position is that for the avoidance of doubt, the Court should specify that dismissal is without prejudice to Eiser's right to seek enforcement of any arbitral award that may be subsequently issued in connection with the Parties' underlying dispute. Spain's position is that the award is a nullity that cannot be

1

enforced by the Court and therefore Eiser's petition to enforce that award must be dismissed with prejudice.

Dated: June 15, 2020                                    Respectfully submitted,

| EISER INFRASTRUCTURE LIMITED AND ENERGIA SOLAR LUXEMBOURG S.A.R.L. | KINGDOM OF SPAIN |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ *Stuart F. Delery* | /s/ *Joseph D. Pizzurro* |
| Stuart F. Delery (D.C. Bar #449890)<br>sdelery@gibsondunn.com<br>Matthew McGill (D.C. Bar #481430)<br>mmcgill@gibsondunn.com<br>Matthew S. Rozen (D.C. Bar #1023209)<br>mrozen@gibsondunn.com<br>Ankita Ritwik (D.C. Bar #1024801)<br>aritwik@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Tel.: (202) 955-8500<br>Fax: (202) 467-0539<br><br>*Attorneys for Eiser Infrastructure Limited and Energia Solar Luxembourg S.A.R.L.* | Joseph D. Pizzurro (D.C. Bar #468922)<br>jpizzurro@curtis.com<br>Kevin A. Meehan (D.C. Bar #1613059)<br>kmeehan@curtis.com<br>CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP<br>1717 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Tel.: (202) 452-7373<br>Fax: (202) 452-7333<br><br>*Attorneys for the Kingdom of Spain* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 15, 2020, I caused the foregoing Joint Status Report to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

/s/ Joseph D. Pizzurro
Joseph D. Pizzurro
CURTIS, MALLET-PREVOST,
  COLT & MOSLE, LLP
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
jpizzurro@curtis.com
