IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Eiser Infrastructure Limited and Energia Solar Luxembourg S.A.R.L., <br><br> *Petitioners*, <br><br> v. <br><br> Kingdom of Spain, <br><br> *Respondent*. | Civil Action No. 1:18-cv-01686-CKK |

## Joint Status Report

Pursuant to the Court's minute order dated June 29, 2020, Petitioners Eiser Infrastructure Limited and Energia Solar Luxembourg S.A.R.L. ("Eiser") and Respondent the Kingdom of Spain ("Spain") (together, the "Parties") notify the Court of the following developments.

On June 15, 2020, the Parties filed a joint status report notifying the Court that the ad hoc committee constituted by the International Center for the Settlement of Investment Disputes ("ICSID") had issued a decision granting Spain's application for annulment. Since filing the joint status report, Eiser has determined that it may seek relief from the ad hoc committee's decision on annulment under Article 49(2) of the ICSID Convention by July 26, 2020.

Eiser's position is that relief granted by the ad hoc committee under ICSID Article 49(2) could result in the reinstatement of the arbitration Award in part or in full. Accordingly, dismissal at this point would be premature and the Court should postpone entry of judgment until the ad hoc committee decides on Eiser's request. Eiser proposes that the Parties file a joint status report within 3 days of the ad hoc committee's decision on Eiser's application. If Eiser does not apply for relief from the ad hoc committee's decision, the Parties can file a joint stipulation before the Court by July 27, 2020.

1

Spain's position remains that this case should be dismissed with prejudice. While Eiser states that it is contemplating an application under Article 49(2) of the ICSID Convention, such an application could only seek clarification of certain omissions and clerical errors. It does not provide a basis for appealing or overturning the ad hoc committee's decision annulling the award in its entirety or otherwise reinstating the award that Eiser sought to enforce in this proceeding. As Eiser and this Court have previously recognized, the ad hoc committee's decision annulling the award in its entirety is "final and non-appealable" and moots this case. *See* ECF No. 52; *see also* ECF No. 51. The award that Eiser sought to confirm in this action no longer exists and there is nothing left to enforce. Thus, there is no grounds for delaying the inevitable dismissal of this case with prejudice.

Dated: July 10, 2020

Respectfully submitted,

| | |
|---|---|
| EISER INFRASTRUCTURE LIMITED AND ENERGIA SOLAR LUXEMBOURG S.A.R.L. | KINGDOM OF SPAIN |
| By its attorneys, | By its attorneys, |
| /s/ Stuart F. Delery | /s/ Joseph D. Pizzurro |
| Stuart F. Delery (D.C. Bar #449890) <br> sdelery@gibsondunn.com <br> Matthew McGill (D.C. Bar #481430) <br> mmcgill@gibsondunn.com <br> Matthew S. Rozen (D.C. Bar #1023209) <br> mrozen@gibsondunn.com <br> Ankita Ritwik (D.C. Bar #1024801) <br> aritwik@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1050 Connecticut Avenue, N.W. <br> Washington, D.C. 20036 <br> Tel.: (202) 955-8500 <br> Fax: (202) 467-0539 <br><br> *Attorneys for Eiser Infrastructure Limited and Energia Solar Luxembourg S.A.R.L.* | Joseph D. Pizzurro (D.C. Bar #468922) <br> jpizzurro@curtis.com <br> Kevin A. Meehan (D.C. Bar #1613059) <br> kmeehan@curtis.com <br> CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP <br> 1717 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20006 <br> Tel.: (202) 452-7373 <br> Fax: (202) 452-7333 <br><br> *Attorneys for the Kingdom of Spain* |

## CERTIFICATE OF SERVICE

I hereby certify that, on July 10, 2020, I caused the foregoing Joint Status Report to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

/s/ Stuart F. Delery
Stuart F. Delery
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
sdelery@gibsondunn.com