IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Eiser Infrastructure Limited and Energia Solar Luxembourg S.A.R.L., <br><br> *Petitioners*, <br><br> v. <br><br> Kingdom of Spain, <br><br> *Respondent*. | Civil Action No. 1:18-cv-01686-CKK |

**Joint Status Report**

Pursuant to the Court's order dated October 1, 2020, Petitioners Eiser Infrastructure Limited and Energia Solar Luxembourg S.A.R.L. ("Eiser") and Respondent the Kingdom of Spain ("Spain") (together, the "Parties") notify the Court of the following developments.

On July 26, 2020, Eiser filed an application under Article 49(2) of the ICSID Convention seeking relief from the ad hoc committee's decision on annulment. Spain filed its observations in response to Eiser's Article 49 application on August 14, 2020. Eiser filed a response to Spain's observations on August 21, 2020. Spain filed a reply to Eiser's responsive brief on August 28, 2020. On August 31, 2020, Eiser filed an Application for Disqualification seeking to disqualify the chair of the ad hoc committee. Although a telephonic hearing on Eiser's Article 49 application was scheduled for September 14, 2020, ICSID temporarily suspended the proceedings under Article 49(2) pending a ruling on Eiser's Application for Disqualification.

The parties completed briefing on Eiser's Application for Disqualification on October 20, 2020, and await a ruling. Once a decision is issued, Eiser's Article 49 application will proceed to hearing and then decision.

Dated: October 30, 2020

                                                         Respectfully submitted,

| | |
|---|---|
| EISER INFRASTRUCTURE LIMITED AND ENERGIA SOLAR LUXEMBOURG S.A.R.L. | KINGDOM OF SPAIN |
| By its attorneys, | By its attorneys, |
| /s/ Stuart F. Delery | /s/ Joseph D. Pizzurro |
| Stuart F. Delery (D.C. Bar #449890) sdelery@gibsondunn.com Matthew McGill (D.C. Bar #481430) mmcgill@gibsondunn.com Matthew S. Rozen (D.C. Bar #1023209) mrozen@gibsondunn.com Ankita Ritwik (D.C. Bar #1024801) aritwik@gibsondunn.com GIBSON, DUNN & CRUTCHER LLP 1050 Connecticut Avenue, N.W. Washington, D.C. 20036 Tel.: (202) 955-8500 Fax: (202) 467-0539 | Joseph D. Pizzurro (D.C. Bar #468922) jpizzurro@curtis.com Kevin A. Meehan (D.C. Bar #1613059) kmeehan@curtis.com CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP 1717 Pennsylvania Avenue, N.W. Washington, D.C. 20006 Tel.: (202) 452-7373 Fax: (202) 452-7333 |
| *Attorneys for Eiser Infrastructure Limited and Energia Solar Luxembourg S.A.R.L.* | *Attorneys for the Kingdom of Spain* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 30, 2020, I caused the foregoing Joint Status Report to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

/s/ Stuart F. Delery
Stuart F. Delery
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
sdelery@gibsondunn.com