IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Eiser Infrastructure Limited and Energia Solar Luxembourg S.A.R.L.,

        *Petitioners*,

   v.

Kingdom of Spain,

        *Respondent*.

Civil Action No. 1:18-cv-01686-CKK

## Joint Status Report

Pursuant to the Court's order dated October 30, 2020, Petitioners Eiser Infrastructure Limited and Energia Solar Luxembourg S.A.R.L. ("Eiser") and Respondent the Kingdom of Spain ("Spain") (together, the "Parties") notify the Court of the following developments.

As previously indicated, the parties completed briefing on Eiser's Application for Disqualification on October 20, 2020. The parties continue to await a decision on that Application. There have been no developments since the parties' last status update.

Dated: December 4, 2020

                              Respectfully submitted,

| EISER INFRASTRUCTURE LIMITED AND ENERGIA SOLAR LUXEMBOURG S.A.R.L. | KINGDOM OF SPAIN |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Stuart F. Delery | /s/ Joseph D. Pizzurro |
| Stuart F. Delery (D.C. Bar #449890)<br>sdelery@gibsondunn.com<br>Matthew McGill (D.C. Bar #481430)<br>mmcgill@gibsondunn.com<br>Matthew S. Rozen (D.C. Bar #1023209)<br>mrozen@gibsondunn.com<br>Ankita Ritwik (D.C. Bar #1024801)<br>aritwik@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Tel.: (202) 955-8500<br>Fax: (202) 467-0539<br><br>*Attorneys for Eiser Infrastructure Limited and Energia Solar Luxembourg S.A.R.L.* | Joseph D. Pizzurro (D.C. Bar #468922)<br>jpizzurro@curtis.com<br>Kevin A. Meehan (D.C. Bar #1613059)<br>kmeehan@curtis.com<br>CURTIS, MALLET-PREVOST, COLT &<br>   MOSLE, LLP<br>1717 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Tel.: (202) 452-7373<br>Fax: (202) 452-7333<br><br>*Attorneys for the Kingdom of Spain* |

## CERTIFICATE OF SERVICE

    I hereby certify that, on December 4, 2020, I caused the foregoing Joint Status Report to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

    /s/ Stuart F. Delery
    Stuart F. Delery
    GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036
    (202) 955-8500
    sdelery@gibsondunn.com