IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Eiser Infrastructure Limited and Energia Solar Luxembourg S.A.R.L., <br><br> *Petitioners*, <br><br> v. <br><br> Kingdom of Spain, <br><br> *Respondent*. | Civil Action No. 1:18-cv-01686-CKK |

## Joint Status Report

Pursuant to the Court's order dated January 25, 2021, Petitioners Eiser Infrastructure Limited and Energia Solar Luxembourg S.A.R.L. ("Eiser") and Respondent the Kingdom of Spain ("Spain") (together, the "Parties") notify the Court of the following developments.

As previously indicated, the Parties completed briefing on Eiser's Application for Disqualification on October 20, 2020. The parties continue to await a decision on that Application. There have been no developments since the parties' last status update.

Dated: March 26, 2021

| | Respectfully submitted, |
|---|---|
| EISER INFRASTRUCTURE LIMITED AND ENERGIA SOLAR LUXEMBOURG S.A.R.L. | KINGDOM OF SPAIN |
| By its attorneys, | By its attorneys, |
| /s/ Matthew McGill | /s/ Joseph D. Pizzurro |

| | |
|---|---|
| Matthew McGill (D.C. Bar #481430) | Joseph D. Pizzurro (D.C. Bar #468922) |
| mmcgill@gibsondunn.com | jpizzurro@curtis.com |
| Matthew S. Rozen (D.C. Bar #1023209) | Kevin A. Meehan (D.C. Bar #1613059) |
| mrozen@gibsondunn.com | kmeehan@curtis.com |
| Ankita Ritwik (D.C. Bar #1024801) | CURTIS, MALLET-PREVOST, COLT & |
| aritwik@gibsondunn.com |    MOSLE, LLP |
| GIBSON, DUNN & CRUTCHER LLP | 1717 Pennsylvania Avenue, N.W. |
| 1050 Connecticut Avenue, N.W. | Washington, D.C. 20006 |
| Washington, D.C. 20036 | Tel.: (202) 452-7373 |
| Tel.: (202) 955-8500 | Fax: (202) 452-7333 |
| Fax: (202) 467-0539 | |

*Attorneys for Eiser Infrastructure Limited and Energia Solar Luxembourg S.A.R.L.*   *Attorneys for the Kingdom of Spain*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 26, 2021, I caused the foregoing Joint Status Report to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

/s/ Matthew McGill
Matthew McGill
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
mmcgill@gibsondunn.com