IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Eiser Infrastructure Limited and Energia Solar Luxembourg S.A.R.L., <br><br> *Petitioners*, <br><br> v. <br><br> Kingdom of Spain, <br><br> *Respondent*. | **Civil Action No. 1:18-cv-01686-CKK** |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioners Eiser Infrastructure Limited and Energia Solar Luxembourg S.A.R.L. ("Eiser") and Respondent the Kingdom of Spain ("Spain") (collectively, the "Parties"), by and through their undersigned counsel stipulate and agree that this Court should enter a final judgment dismissing this proceeding with prejudice. The Parties stipulate and agree as follows:

1. On July 19, 2018, Eiser commenced this proceeding by filing a petition to confirm an arbitral award rendered under the auspices of the International Center for the Settlement of Investment Disputes ("ICSID") against Spain on May 4, 2017 (the "Award").

2. In July 2017, Spain timely filed an application to annul the Award before an ICSID *ad hoc* Committee as provided for under Article 52 of the ICSID Convention.

3. On December 14, 2018, Spain timely moved to dismiss Eiser's petition for want of jurisdiction under the Foreign Sovereign Immunities Act.

4. On June 11, 2020, the ICSID *ad hoc* Committee issued a decision granting Spain's application for annulment and annulled the Award in its entirety.

5.  On July 26, 2020, Eiser filed an application under Article 49(2) with the *ad hoc* Committee.  The above-captioned proceeding has remain effectively stayed pending the outcome of Eiser's Article 49(2) application.

6.  On May 21, 2021, Eiser withdrew its Article 49(2) application.

7.  Due to the annulment of the Award, the Parties agree that this case is now moot. Accordingly, the Parties further agree that the petition should be denied and that this case should be dismissed with prejudice as to the Award but without prejudice as to Eiser's rights to seek enforcement of any future award resulting from a re-submitted case under Article 52(6) of the ICSID Convention.

WHEREFORE, it is hereby STIPULATED and AGREED that the above-captioned action be DISMISSED.

| | |
|---|---|
| Dated:  June 4, 2021 | AGREED AND CONSENTED TO, |
| EISER INFRASTRUCTURE LIMITED AND ENERGIA SOLAR LUXEMBOURG S.A.R.L. | KINGDOM OF SPAIN |
| By its attorneys, | By its attorneys, |
| */s/ Matthew McGill* | */s/ Joseph D. Pizzurro* |
| Matthew McGill (D.C. Bar #481430) mmcgill@gibsondunn.com Matthew S. Rozen (D.C. Bar #1023209) mrozen@gibsondunn.com Ankita Ritwik (D.C. Bar #1024801) aritwik@gibsondunn.com GIBSON, DUNN & CRUTCHER LLP 1050 Connecticut Avenue, N.W. Washington, D.C. 20036 Tel.:  (202) 955-8500 Fax:  (202) 467-0539 | Joseph D. Pizzurro (D.C. Bar #468922) jpizzurro@curtis.com Kevin A. Meehan (D.C. Bar #1613059) kmeehan@curtis.com CURTIS, MALLET-PREVOST, COLT &    MOSLE, LLP 1717 Pennsylvania Avenue, N.W. Washington, D.C. 20006 Tel.: (202) 452-7373 Fax: (202) 452-7333 |
| *Attorneys for Eiser Infrastructure Limited and Energia Solar Luxembourg S.A.R.L.* | *Attorneys for the Kingdom of Spain* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2020, I caused the foregoing Stipulation of Dismissal to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

/s/ Matthew McGill
Matthew McGill (D.C. Bar #481430)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
mmcgill@gibsondunn.com