**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Eiser Infrastructure Limited and Energia Solar Luxembourg S.A.R.L., <br><br>  *Petitioners*, <br><br>  v. <br><br>Kingdom of Spain, <br><br>  *Respondent*. | Civil Action No. 18-1686 (CKK) |

**ORDER**
(June 5, 2021)

In light of the parties' [63] Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 5th day of June, 2021, hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE** as to the arbitral award rendered under the auspices of the International Center for the Settlement of Investment Disputes ("ICSID") against Spain on May 4, 2017, but **WITHOUT PREJUDICE** as to Eiser's rights to seek enforcement of any future award resulting from a re-submitted case under Article 52(6) of the ICSID Convention.

  **SO ORDERED.**

Dated: June 5, 2021

            /s/
            COLLEEN KOLLAR-KOTELLY
            United States District Judge